In re SMITH'S ESTATE.

SMITH v. DETROIT TRUST COMPANY.

This case is controlled by *Smith* v. *Detroit Trust Co., ante,* 659.

Appeal from Wayne; Moynihan (Joseph A.), J. Submitted April 23, 1931. Docket No. 160, Calendar No. 35,656.) Decided June 1, 1931.

In the matter of the estate of Elmer L. Smith, deceased, Harold R. Smith and Detroit Trust Company, a Michigan corporation, executors, filed their final account. From allowance thereof and order of distribution, Harold R. Smith appealed to the circuit court. Consolidation was there had with pending suit between Harold R. Smith and defendant, Detroit Trust Company, as guardian of certain minors' estates, relating to an ademption of the share of defendant Margaret S. Rosevear, sister, and consent decree entered. Subsequent final accounts were then made by Smith and his co-executor, and the case is here on appeal of Smith from order distributing estate differing from terms of consent decree. Affirmed.

*Bulkley, Ledyard, Dickinson & Wright,* for plaintiff.

*Clark, Klein, Ferris, Cook & Williams* (*Robert C. Winter,* of counsel), for defendant Margaret S. Rosevear.

PER CURIAM. This case is a companion of *Smith* v. *Detroit Trust Co., ante,* 659, and is ruled thereby. Affirmed accordingly, with costs to plaintiff.

BUTZEL, C. J., did not sit.